COA # 08-12-00215-CR          OFFENSE: 22.011

STYLE: Wesley Freeman Smallwood
v. The State of Texas          COUNTY: Hunt

COA DISPOSITION: AFFIRMED          TRIAL COURT: 196th District Court

DATE: 8/29/14          Publish: NO     TC CASE #: 27738

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Wesley Freeman Smallwood v.
The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 02/04/2015          SIGNED: _____     PC: _____
JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

------------------------
_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____